**DYKEMA GOSSETT LLP**
S. Christopher Winter, SBN: 190474
kwinter@dykema.com
Walead Esmail, SBN: 266632
wesmail@dykema.com
333 South Grand Ave, Suite 2100
Los Angeles, CA  90071
Tel.:   (213) 457-1800
Fax:   (213) 457-1850

Attorneys for Plaintiff
RASCAL VIDEO, LLC

<div style="text-align:left;font-weight:bold;writing-mode:vertical">DYKEMA GOSSETT LLP
333 SOUTH GRAND AVENUE, SUITE 2100
LOS ANGELES, CALIFORNIA 90071</div>

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| RASCAL VIDEO, LLC, a California limited liability company, | Case No. 12-CV-09675 SVW (JCx) |
| Plaintiff, | REQUEST FOR DISMISSAL |
| vs. | |
| WORLD SEXY MEDIA INVESTMENT, LLC, a California limited liability company; VAST RESOURCES, INC., a California corporation; SCOTT TUCKER, an individual; WSM INVESTMENT, LLC D/B/A TOPCO SALES, an unknown entity; WSM SALES, LLC, a Delaware limited liability company; WORLD SEXY MANUFACTURING INVESTMENT, LLC, an unknown entity; and DOES 1-10, inclusive, | Complaint filed:    11/13/2012 |
| Defendants. | |

WHEREAS, the Complaint in this action was filed on November 13, 2012; and

WHEREAS, the Complaint was not served on any of the defendants named in the Complaint; and

WHEREAS, Plaintiff filed a First Amended Complaint in this action on

1  December 11, 2012, adding defendants WSM Investment, LLC d/b/a Topco Sales

2  ("Topco"), WSM Sales, LLC ("WSM Sales") and World Sexy Manufacturing

3  Investment, LLC ("WSMI") and terminating defendant World Sexy Media

4  Investment, LLC; and

5    WHEREAS, the First Amended Complaint was duly served on all defendants

6  named therein; and

7    WHEREAS; Plaintiff has dismissed its claims against defendants Vast

8  Resources, Inc. and World Sexy Manufacturing Investment, LLC; and

9    WHEREAS, Plaintiff Rascal Video, LLC ("Rascal"), on the one hand, and

10  remaining defendants Topco, WSM Sales and Scott Tucker (the "Topco Parties") on

11  the other hand, have resolved all disputes between them and have executed a

12  confidential Settlement Agreement and mutual general releases; and

13    WHEREAS, the Settlement Agreement includes certain obligations of Topco

14  to be performed in the next ninety (90) days;

15    NOW, THEREFORE, Rascal and the Topco Parties, by and through their

16  respective undersigned counsel of record, respectfully request that:

17    1.  This Action be dismissed WITH PREJUDICE against defendants WSM

18  SALES and SCOTT TUCKER; and

19    2.   This Action be dismissed WITH PREJUDICE against defendant TOPCO,

20  subject to this Court's retention of jurisdiction over the Action solely to enforce the

21  terms of the Settlement Agreement, as provided in the [Proposed] Order of Dismissal

22  lodged concurrently herewith; each party to bear its own attorneys' fees and costs.

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

DYKEMA GOSSETT LLP
333 SOUTH GRAND AVENUE, SUITE 2100
LOS ANGELES, CALIFORNIA 90071

1  Respectfully submitted,

2
3  Dated: February 1, 2013                DYKEMA GOSSETT LLP

4
5                                         By: /s/ S. Christopher Winter
                                               S. Christopher Winter
6                                              Attorneys for Plaintiff

7
8  Dated: February 1, 2013                LEWITT HACKMAN SHAPIRO
                                          MARSHALL AND HARLAN
9
10                                        By: /s/ Sue Bendavid
                                               Sue Bendavid
11                                             Attorneys for Defendants
                                               WSM INVESTMENT, LLC, WSM
12                                             SALES, LLC and SCOTT TUCKER

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DYKEMA GOSSETT LLP**
**333 SOUTH GRAND AVENUE, SUITE 2100**
**LOS ANGELES, CALIFORNIA 90071**

3

REQUEST FOR DISMISSAL