DYKEMA GOSSETT LLP
333 SOUTH GRAND AVENUE, SUITE 2100
LOS ANGELES, CALIFORNIA 90071

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| RASCAL VIDEO, LLC, a California limited liability company,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>WORLD SEXY MEDIA INVESTMENT, LLC, a California limited liability company; VAST RESOURCES, INC., a California corporation; SCOTT TUCKER, an individual; WSM INVESTMENT, LLC D/B/A TOPCO SALES, an unknown entity; WSM SALES, LLC, a Delaware limited liability company; WORLD SEXY MANUFACTURING INVESTMENT, LLC, an unknown entity; and DOES 1-10, inclusive,<br><br>　　　　　　Defendants. | Case No. 12-CV-09675 SVW (JCx)<br><br>ORDER OF DISMISSAL<br><br>JS-6<br>[Note Court Modifications] |

1

1  This case has been settled by the Parties by execution of a Settlement
2  Agreement requiring future compliance with certain terms of the Settlement
3  Agreement.  Accordingly, this case is dismissed WITH PREJUDICE forthwith as to
4  defendants WSM INVESTMENT, LLC, WSM SALES, LLC, and SCOTT TUCKER.
5  Each party shall bear its own fees and costs.
6  IT IS SO ORDERED.

Dated: February 4, 2013

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE